CSD 2500A (12/15)

# U.S. Bankruptcy Court
## Southern District of California

In re:

**PACIFIC IMPERIAL RAILROAD, INC.**

                       Bankruptcy Case No. **16–06253–LT11**

       Debtor

**PACIFIC IMPERIAL RAILROAD, INC.**

                   Adversary Proceeding No. **18–90186–LT**

       Plaintiff

v.

**CHARLES MCHAFFIE**
**CC TRUST ET. AL.**

       Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Address of Clerk**

    Clerk, U.S. Bankruptcy Court
    Southern District of California
    325 West F Street
    San Diego, California 92101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

    Alan Vanderhoff
    600 West Broadway
    Suite 1550
    San Diego, CA 92101

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*

10/12/2018

*Barry K. Lander, Clerk Of Court*

CSD 2500A

continued caption:

**Listing Of Defendant Names:**

CHARLES MCHAFFIE

PO BOX 3774

RANCHO SANTA FE, CA 92067

CC TRUST


CHARLEMAGNE TRUST

CSD 2500A (Page 2) [12/15]

# PROOF OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _____ by:
[date]

[  ]  Mail Service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

[  ]  Personal Service:  By leaving the documents with the following defendants or an officer or agent of the defendant at:

[  ]  Residence Service:  By leaving the documents with the following adult at:

[  ]  Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

[  ]  Publication:  The defendant was served as follows:  [describe briefly]

[  ]  State Law :  The defendant was served pursuant to the laws of the State of _____, as follows:  [describe briefly]

If serve was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____   _____
[Date]                                                                       [Signature]

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | ZIP |

CSD 2500A