CSD3038
12/16

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Pacific Imperial Railroad, Inc.<br><br>Debtor(s) | BANKRUPTCY NO.    16–06253–LT11 |
| Pacific Imperial Railroad, Inc.<br>121 Broadway<br>Suite 630<br>San Diego, CA 92101<br><br>Plaintiff(s) | ADVERSARY NO.    18–90186–LT |
| v.<br><br>Charles McHaffie<br><br>Defendant(s) | |

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

## WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–1; and that the above–entitled adversary proceeding will be dismissed without prejudice on the twenty first day following the date of service of this notice unless Plaintiff takes action during the twenty–one day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–6018.

Dated:  4/3/19

Barry K. Lander
Clerk of the Bankruptcy Court

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

United States Bankruptcy Court
Southern District of California

Pacific Imperial Railroad, Inc.,
        Plaintiff                                    Adv. Proc. No. 18-90186-LT

McHaffie,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3        User: Admin.           Page 1 of 1              Date Rcvd: Apr 03, 2019
                           Form ID: 3038           Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
dft            +Charles McHaffie,   PO Box 3774,   Rancho Santa Fe, CA 92067-3774
pla            +Pacific Imperial Railroad, Inc.,   121 Broadway,   Suite 630,   San Diego, CA 92101-5044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustp.region15@usdoj.gov Apr 04 2019 01:23:35      United States Trustee,
                Office of the U.S. Trustee,   880 Front Street,   Suite 3230,   San Diego, CA 92101-8897
                                                                                           TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            U. S. Trustee,   880 Front Street Suite 3230
dft            CC Trust
dft            Charlemagne Trust
dft            DOES 1 through 20
                                                                        TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
        Alan  Vanderhoff   on behalf of Plaintiffs   Pacific Imperial Railroad, Inc.
         alan.vanderhoff@vanderhofflaw.com,  alanvanderhoff@cox.net
                                                                    TOTAL: 1